# Court of Appeals
# of the State of Georgia

ATLANTA,___November 16, 2015___

*The Court of Appeals hereby passes the following order:*

**A16A0357.  SEAN CHRISTOPHER CLEMMONS v. THE STATE.**

Sean Clemmons has filed a notice of appeal from the trial court's orders denying various motions, including his "Motion Pursuant to 'Habeas Corpus' under Equitable Tolling."  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  Therefore, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___11/16/2015___
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*